IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ADAM LANE**  **PLAINTIFF**
**ADC #155843**

v.  **CASE NO. 5:18-CV-00259 BSM**

**JAMES, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 9] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, defendants Swiney and Johnson are dismissed for failure to state a claim upon which relief can be granted. All claims except the Eighth Amendment conditions and retaliation claims are dismissed without prejudice.

IT IS SO ORDERED this 20th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE