IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE                                                                                    PLAINTIFF
ADC #155843

v.                        CASE NO. 5:18-CV-00259 BSM

JAMES, et al.                                                                              DEFENDANTS

## ORDER

After *de novo* review of the entire record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 31] is adopted and plaintiff Adam Lane's motion for a temporary restraining order and preliminary injunction [Doc. No. 3] is denied.

IT IS SO ORDERED this 28th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE