# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ADAM LANE**  **PLAINTIFF**
**ADC #155843**

**v.**  **CASE NO. 5:18-CV-00259 BSM**

**JAMES, et al.**  **DEFENDANTS**

## ORDER

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 40] is adopted, defendants' motion for summary judgment [Doc. No. 35] is granted, and plaintiff Adam Lane's complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE