IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ADAM LANE**     **PLAINTIFF**
**ADC #155843**

v.     **CASE NO. 5:18-CV-00259 BSM**

**JAMES, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE